# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

STACEY MONTGOMERY                                           PLAINTIFF
ADC #164027

V.                          No. 4:18CV00484-JTR

KERRY NEWBURN, Deputy;
and TRAVIS RIGGS, Officer,
Pulaski County Jail                                         DEFENDANTS

## JUDGMENT

Consistent with the Opinion and Order that was entered separately today, this

case is dismissed with prejudice.

DATED this 25th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE